1  SAM RYAN HEIDARI, ESQ. SBN 13347
   **HEIDARI LAW GROUP, P.C.**
2  611 South 6th Street
   Las Vegas, NV 89101
3  Telephone: (702) 722-1500
   Facsimile:  (702) 722-1600
4  E-mail: Sam@HeidariLawGroup.com
   E-Mail: Eservice@HeidariLawGroup.com
5  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANSOUR AFSHARALMANCHI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY; a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02178-JAD-~~NJK~~ EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Second Request)** |

COMES NOW, Plaintiff MANSOUR AFSHARALMANCHI, by and through his attorney of record, the law firm HEIDARI LAW GROUP and Defendant OTIS ELEVATOR COMPANY by and through its counsel of record, the law firms ROGERS, MASTRANGELO, CARVALHO, AND MITCHELL and TUCKER ELLIS LLP, and hereby request the discovery deadlines in the previously filed Order [Doc 19] be extended by thirty (30) days, pursuant to FRCP 29 and LR 26.4, as follows:.

**A. DISCOVERY COMPLETED TO DATE**

- The parties have conducted a FRCP 26(f) conference;
- The parties have served their respective FRCP 26(a) disclosures;
- Defendant has served upon Plaintiff one set of Requests for Production and one set of Interrogatories. Plaintiff has responded.;
- Plaintiff provided provider specific authorizations;

1

- Defendant served a Subpoena Duces Tecum on Venetian Las Vegas Gaming, LLC and obtained documents, photographs, and video surveillance.
- A site inspection of the Subject Elevator has been completed.
- Defendant has deposed Plaintiff.
- Defendant has completed an independent medical examination of Plaintiff

### B. DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Plaintiff needs to depose other occupants in the elevator at the time of the Incident;
- Plaintiff need to conduct expert discovery on Defendant
- Depositions of numerous expert witnesses and rebuttal expert witnesses;
- Additional written discovery and depositions are necessary
- Parties are actively engaging in settlement negotiations

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. Plaintiff Mansour Afsharalmanchi alleges serious injuries and other related damages as a result of an alleged elevator drop on August 3, 2022 at The Venetian Hotel. The parties have been working diligently to complete discovery in this matter, however, they agree that it would be best to extend the current discovery plan an additional thirty (30) days in order to allow the parties time to complete additional discovery, as well as engage in further settlement negotiations. The parties wish to further investigate this case and potentially reach a resolution prior to incurring fees and costs of physician and expert depositions. A brief extension in the current discovery plan would assist in ensuring a comprehensive and equitable discovery process.

### C. PROPOSED PLAN FOR COMPLETING DISCOVERY

| Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Initial Expert Disclosures | August 25, 2025 | **September 25, 2025** |
| Rebuttal Expert Disclosures | September 25, 2025 | **October 27, 2025** |
| Close of Discovery | October 22, 2025 | **November 26, 2025** |
| Dispositive Motions | November 21, 2025 | **December 29, 2025** |
| Joint Pre-Trial Order, if No | December 22, 2025 | **January 28, ~~2025~~ 2026** |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions | | |

**D.    THE CURRENT TRIAL DATE**

This matter has not been scheduled for trial.

**E.    NUMBER OF REQUESTS FOR EXTENSIONS**

This is the second request to extend discovery deadlines.

Dated this 21st Day of August, 2025         Dated this 21st Day of August, 2025

**HEIDARI LAW GROUP, P.C.**                **Rogers, Mastrangelo, Carvalho & Mitchell**

 /s/ Sam Ryan Heidari                        /s/ Rebecca L. Masterangelo
SAM RYAN HEIDARI, ESQ.                      REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 13347                         Nevada Bar No. 5417
611 South 6th Street,                        700 South Third Street,
Las Vegas, NV 89101                          Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                    *Attorneys for Defendant Otis Elevator Company*

Dated this 21st Day of August, 2025

**TUCKER ELLIS LLP**

/s/ Su-Lyn Combs
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
*Attorneys for Defendant Otis Elevator Company*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:   August 21, 2025

3