1  SAM RYAN HEIDARI, ESQ. SBN 13347
   **HEIDARI LAW GROUP, P.C.**
2  611 South 6th Street
   Las Vegas, NV 89101
3  Telephone: (702) 722-1500
   Facsimile:  (702) 722-1600
4  E-mail: Sam@HeidariLawGroup.com
   E-Mail: Eservice@HeidariLawGroup.com
5  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANSOUR AFSHARALMANCHI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY; a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02178-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 26 |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Complaint in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

Dated this 6th Day of October, 2025          Dated this 6th Day of October, 2025

**HEIDARI LAW GROUP, P.C.**                  **Rogers, Mastrangelo, Carvalho & Mitchell**

 /s/ Sam Ryan Heidari                        /s/ Rebecca L. Masterangelo

SAM RYAN HEIDARI, ESQ.                       REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 13347                         Nevada Bar No. 5417
611 South 6th Street,                        700 South Third Street,
Las Vegas, NV 89101                          Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                    *Attorneys for Defendant Otis Elevator Company*

1

Dated this 6th Day of October, 2025

**TUCKER ELLIS LLP**

*/s/ Su-Lyn Combs*
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
*Attorneys for Defendant Otis Elevator Company*

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to CLOSE THIS CASE.

_____
United States District Judge

DATED: 10-9-25

2